**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LINDELL MOORE,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **NO.  25-7380** |
| | : | |
| **CODY GONZALES,** *et al.*, | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this 17th day of February 2026, upon consideration of plaintiff Lindell

Moore's *pro se* amended complaint (DI 7) it is **ORDERED**:

    1.    The case is **DISMISSED IN PART WITH PREJUDICE AND IN PART**

**WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons in the

court's memorandum as follows:

        a.  All federal law claims are **DISMISSED WITH PREJUDICE**.

        b.  All state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of

           subject matter jurisdiction.

    2.    The Clerk of Court is **DIRECTED** to **CLOSE** this case.

_____
**MURPHY, J.**